IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS ALSTON                               *

        Plaintiff                    *

        v.                           *       Civil Action No. RWT 11-2292

CREDITORS INTERCHANGE                       *
RECEIVABLE MANAGEMENT, LLC,
et al.                                      *

        Defendants                   *

---

THOMAS ALSTON                               *

        Plaintiff                    *

        v.                           *       Civil Action No. JFM 11-3722

FIA CARD SERVICES N.A.                      *
("FIA CSNA")
                                            *
        Defendant                    *

---

THOMAS J. ALSTON                            *

        Plaintiff                    *

        v.                           *       Civil Action No. RWT 12-670

EXPERIAN INFORMATION                        *
SOLUTIONS, INC.
                                            *
        Defendant                    *

---

THOMAS J. ALSTON                          *

        Plaintiff                    *

        v.                           *          Civil Action No. RWT 12-721

TRANS UNION LLC, et al.                   *

        Defendants                   *

---

CANDACE E. ALSTON                         *

        Plaintiff                    *

        v.                           *          Civil Action No. JFM 12-1512

MONARCH BANK, et al.                      *

        Defendants                   *

---

THOMAS ALSTON                             *

        Plaintiff                    *

        v.                           *          Civil Action No. AW 12-1708

NCO FINANCIAL SYSTEMS, INC.               *

        Defendant                    *

---

KIMBERLY ANN ALSTON              *

       Plaintiff              *

       v.              *              Civil Action No. DKC 12-1709

PORTFOLIO RECOVERY              *
ASSOCIATES, LLC
                *
       Defendant              *

---

JONATHAN T. ALSTON              *

       Plaintiff              *

       v.              *              Civil Action No. JFM 12-1815

TRANSWORLD SYSTEMS, INC.              *

       Defendant              *

---

THOMAS ALSTON              *

       Plaintiff              *

       v.              *              Civil Action No. AW 12-1819

BANK OF AMERICA, N.A.              *

       Defendant              *

---

THOMAS ALSTON                             *

            Plaintiff                    *

        v.                              *      Civil Action No. JFM 12-2001

WELLS FARGO BANK, N.A.                    *

            Defendant                   *

---

KIMBERLY ANN ALSTON                       *

            Plaintiff                    *

        v.                              *      Civil Action No. PJM 12-2063

UNITED COLLECTION BUREAU, INC.            *

            Defendant                   *

---

THOMAS ALSTON                             *

            Plaintiff                    *

        v.                              *      Civil Action No. AW 12-2064

PROFESSIONAL ACCOUNT                      *
MANAGEMENT, LLC
                                          *
            Defendant                   *

---

THOMAS ALSTON                          *

        Plaintiff                     *

        v.                            *          Civil Action No. AW 12-2065

CAVALRY PORTFOLIO                      *
SERVICES, LLC, et al.
                                       *
        Defendant                     *

_____

CANDACE A. ALSTON                      *

        Plaintiff                     *

        v.                            *          Civil Action No. PJM 12-2244

FIRST PREMIER, INC.                    *

        Defendant                     *

_____

YVONNE R. ALSTON                       *

        Plaintiff                     *

        v.                            *          Civil Action No. AW 12-2270

HARTFORD FINANCIAL                     *
SERVICES, INC.
                                       *
        Defendant                     *

_____

KIMBERLY ANN ALSTON      *

         Plaintiff      *

       v.      *      Civil Action No. RWT 12-2533

GE CAPITAL BANK, et al.      *

         Defendant      *

---

THOMAS ALSTON      *

         Plaintiff      *

       v.      *      Civil Action No. RWT 12-2542

ER Solutions, Inc.      *

         Defendant      *

---

YVONNE R. ALSTON      *

         Plaintiff      *

       v.      *      Civil Action No. DKC 12-2711

CENTRAL CREDIT SERVICES, INC.      *

         Defendant      *

---

CANDACE E. ALSTON      *

         Plaintiff      *

       v.      *      Civil Action No. RWT 12-2732

HSBC CARD SERVICES, INC.      *

         Defendant      *

---

# O R D E R

Thomas J. Alston, who alleges that he resides at 10012 Cedarhollow Lane, Largo, Maryland 20774, is the Plaintiff in most of the cases listed above.  In the first case filed by him, he submitted an application to proceed in this Court without prepaying fees or costs, supported by an affidavit dated August 17, 2011.  *See* Doc. No. 2 in Case No. RWT 11-2292.  In the application, he swore that he had no income and stated, in Paragraph 12, that "I don't have a job and I have no income at this present time."  On the basis of this information, the Court entered an Order permitting Mr. Alston to proceed *in forma pauperis*, thus excusing him from paying any filing fees or the fees for the services of the U.S. Marshal for service of process.  The Complaint in his first case alleged violations of the Fair Credit Reporting Act.

Mr. Alston then filed a series of cases set forth above in which he was repeatedly excused from the requirement of paying filing fees or the costs of service of process on the numerous defendants sued by him in the actions described above.  When it became apparent that Mr. Alston's filings reflected a pattern of repeated filings of actions under the Fair Credit Reporting Act against numerous Defendants, and that he was apparently deriving revenue therefrom, this Court entered an Order on August 30, 2012, in Case No. RWT 12-2542 directing Mr. Alston to file under seal all settlement agreements that he had reached with defendants so that the Court may have a better understanding of his current finances.  *See* Doc. No. 3 in Case No. RWT 12-2542.  In that Order, the Court noted that Mr. Alston "cannot be permitted to be a frequent litigator in this Court without any payment of filing fees while at the same time deriving a source of income from his litigation activities that is undisclosed."  *Id.*  Mr. Alston complied with the Order and disclosed the settlement amounts of several cases which quite

clearly demonstrates to the Court that Mr. Alston's activities have been quite profitable, and that he is fully capable of paying the fees and services costs required by this Court.

In the wake of this Court's August 30, 2012 Order, numerous, additional and virtually identical cases, were filed by persons who appear to be Mr. Alston's mother, Yvonne Alston, sister, Candace Alston, sister, Kimberly Alston, and brother, Jonathan Alston, all of whom who use the identical address utilized by Thomas Alston. With the exception of those cases removed to this Court from the District Court of Maryland for Prince George's County, the Plaintiffs either were permitted to proceed *in forma pauperis* or the Court has not yet taken action on applications to proceed *in forma pauperis*.

It is apparent from the pattern of cases described above and in the caption of this Order that Mr. Alston and his famil y are engaged in an enterprise of Fair Credit Reporting Act litigation, and are profiting from it. As this Court cautioned in the Order entered in Case No. RWT 12-2542 on August 30, 2012, one cannot expect to be a frequent litigator profiting from litigation in this Court without any payment of filing fees and other costs. Upon consideration of the foregoing, it is this 21st day of September, 2012, by the United States District Court for the District of Maryland,

ORDERED, that the Orders granting leave to proceed *in forma pauperis* in the following cases are hereby **VACATED**:

Case No. RWT 11-2292, *Thomas Alston v. Creditors Interchange Receivable Management, LLC, et al.*, Doc. No. 4.

Case No. JFM 11-3722, *Thomas Alston v. FIA Card Services N.A. ("FIA CSNA")*, Doc. No. 4.

Case No. RWT 12-670, *Thomas J. Alston v. Experian Information Solutions, Inc.*, Doc. No. 3.

Case No. RWT 12-721, *Thomas J. Alston v. Trans Union LLC, et al.,* Doc. No. 3.

8

Case No. AW 12-1708, *Thomas Alston v. NCO Financial Systems, Inc.*, Doc. No. 3.

Case No. DKC 12-1709, *Kimberly Ann Alston v. Portfolio Recovery Associates, LLC*, Doc. No. 3.

Case No. AW 12-1819, *Thomas Alston v. Bank of America, N.A.*, Doc. No. 3.

Case No. JFM 12-2001, *Thomas Alston v. Wells Fargo Bank, N.A.*, Doc. No. 3.

Case No. PJM 12-2063, *Kimberly Ann Alston v. United Collection Bureau, Inc.*, Doc. No. 3.

Case No. AW 12-2064, *Thomas Alston v. Professional Account Management, LLC*, Doc. No. 3.

Case No. AW 12-2065, *Thomas Alston v. Cavalry Portofolio Services, LLC, et al.*, Doc. No. 3;

and it is further

ORDERED, that in all of the cases described in the preceding paragraph of this Order which have been closed, the Clerk is directed to ENTER JUDGMENT against the Plaintiff for the costs, and Thomas Alston and Kimberly Ann Alston are ORDERED forthwith to pay to the Clerk the amount of the judgment entered in each such case and, as to any case not previously closed, Plaintiff is directed to pay the costs within seven days of the date of this Order. Otherwise, the case will be dismissed; and it is further

ORDERED, that the Application for Leave to Proceed *In Forma Pauperis* in the following cases are hereby **DENIED:**

Case No. RWT 12-2533, *Kimberly Ann Alston v. GE Capital Bank, et al.*, Doc. No. 2.

Case No. RWT 12-2542, *Thomas Alston v. ER Solutions, Inc.*, Doc. No. 2.

This Order is entered with the approval and at the direction of the full bench of this Court.

Deborah K. Chasanow
Chief United States District Judge